UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

JOSE R. VILLASENOR,                                            Civil No. 05-828 (RHK/JSM)

      Petitioner,                                                        **ORDER**

v.

J.F. CARAWAY, Duluth Federal
Prison Camp, Warden, and
BUREAU OF PRISONS,

      Respondents.

_____

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated April 27, 2006. Timely objections have been filed to that Report and Recommendation.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, including the undersigned's de novo review of the Objections to portions of the Report and Recommendation,[1] **IT IS HEREBY ORDERED**:

    1.  The Objections (Doc. No. 16) are **OVERRULED**;

    2.  The Report and Recommendation (Doc. No. 15) is **ADOPTED**; and

    3.  Petitioner's Application for a Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED WITH PREJUDICE**.

Dated:  June 14, 2006

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge

---

[1] That review includes Petitioner's Supplemental Response (Doc. No. 13).